**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio GAONA–GAONA,**
**Defendant–Appellant.**

No. 14–40662
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 10, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Omar Weaver Rosales, Rosales & Associates, L.L.P., Harlingen, TX, Defendant–Appellant.

Antonio Gaona–Gaona, Karnes City, TX, pro se.

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: \*

The attorney appointed to represent Antonio Gaona–Gaona has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir.2011). Gaona–Gaona has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Gaona–Gaona's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Gaona–Gaona's motion for appointment of new counsel on appeal is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.